UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER WILLIAMS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-18-3792 |
| AMERICAN STRATEGIC INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § § | |

# ORDER

Plaintiff's unopposed motion for extension of time to disclose expert witnesses (Dkt. 19) is GRANTED.

Signed at Houston, Texas on July 5, 2019.

_____
Gray H. Miller
Senior United States District Judge